UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| MARILYN WEATHERLY,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:11-CV-00368-RSM<br><br><br>ORDER FOR JUDGMENT |

Based upon the stipulation of the parties and the record herein, it is hereby ORDERED AND ADJUDGED that pursuant to 42 USC § 405(g), the Court reopens this matter and affirms the final decision of the Commissioner awarding Title II Widow's Insurance benefits (disability) and Title XVI disability benefits under the Social Security Act, dated November 29, 2011.

The parties agree that reasonable attorney fees may be awarded, upon proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Judgment is for Plaintiff and this case should be closed.

DATED this 18th day of April 2012.

_RICARDO S. MARTINEZ_
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

Page 1      ORDER FOR JUDGMENT - [2:11-CV-00368-RSM]

1

2  s/ Richard A. Morris
RICHARD A. MORRIS
3  Special Assistant U.S. Attorney
Office of the General Counsel
4  Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
5  Seattle, WA 98104-7075
Telephone: (206) 615-2156
6  Fax: (206) 615-2531
rick.morris@ssa.gov

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23