UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| MARILYN WEATHERLY, | Civil No. 2:11-CV-00368-RSM |
| Plaintiff, | |
| vs. | ORDER FOR JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

Based upon the stipulation of the parties and the record herein, it is hereby ORDERED AND ADJUDGED that pursuant to 42 USC § 405(g), the Court reopens this matter and affirms the final decision of the Commissioner awarding Title II Widow's Insurance benefits (disability) and Title XVI disability benefits under the Social Security Act, dated November 29, 2011.

The parties agree that reasonable attorney fees may be awarded, upon proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Judgment is for Plaintiff and this case should be closed.

DATED this 18th day of April 2012.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

Page 1        ORDER FOR JUDGMENT - [2:11-CV-00368-RSM]

1

2    s/ Richard A. Morris
     RICHARD A. MORRIS
3    Special Assistant U.S. Attorney
     Office of the General Counsel
4    Social Security Administration
     701 Fifth Avenue, Suite 2900 M/S 221A
5    Seattle, WA 98104-7075
     Telephone: (206) 615-2156
6    Fax: (206) 615-2531
     rick.morris@ssa.gov

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23